

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| ANNETTE BURUS, | § | No. 08-14-00265-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| DAVID REYES AND SONIA VALENZUELA, | § | of El Paso County, Texas |
| | § | (TC# 2012-DCV-03532) |
| Appellees'. | § | |
| | § | |

# O R D E R

The Court GRANTS the Appellant's Pro Se Reply Brief third motion for extension of time within which to file the brief until **September 15, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Ms. Annette Burrus, the Appellant, prepare the Appellant's Pro Se reply brief and forward the same to this Court on or before September 15, 2015.

IT IS SO ORDERED this 14th day of August, 2015.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.